IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARL ARTHUR PERRY, JR., AIS 105161, | : | |
| Petitioner, | : | |
| vs. | : | CA 13-0160-WS-C |
| ALABAMA, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 11, 2013 is **ADOPTED** as the opinion of this Court.

**DONE** this 18th day of July, 2013.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**