IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CARL ARTHUR PERRY, JR., :
AIS 105161,
:
    Petitioner,
:
vs.                                     CA 13-0160-WS-C
:
ALABAMA,
:
    Respondent.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Carl Arthur Perry, Jr.'s pleadings (Docs. 1-2) be **STRICKEN** and, alternatively, that his notice of appeal/petition for writ of habeas corpus be dismissed with prejudice for lack of jurisdiction pursuant to 28 U.S.C. § 2244(b)(3)(A). Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

    **DONE** this 18th day of July, 2013.

                           s/WILLIAM H. STEELE
                          **CHIEF UNITED STATES DISTRICT JUDGE**