# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| CARL ARTHUR PERRY, JR.,<br>AIS 105161, | : | |
| | : | |
| Petitioner, | : | |
| vs. | : | CA 13-0160-WS-C |
| ALABAMA, | : | |
| Respondent. | : | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Carl Arthur Perry, Jr.'s pleadings (Docs. 1-2) be **STRICKEN** and, alternatively, that his notice of appeal/petition for writ of habeas corpus be dismissed with prejudice for lack of jurisdiction pursuant to 28 U.S.C. § 2244(b)(3)(A). Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 18th day of July, 2013.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**